**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL **2 3** 2021

TAMMY H. DOWNS, CLERK

By: _X Hair_

PER CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT A. DONATO**                                                     **PLAINTIFF**

**V.**                                     NO. 4:21-cv-657-BSM

**ENKELKINDER, LLC, PLAZA**
**TIRE SERVICE, INC.,**
**TIMOTHY M. CAMPBELL,**
**RODOLFO REFUGIO JOSE MARIA, and**
**FLEETWASH, INC.**                                                      **DEFENDANTS**

## NOTICE OF REMOVAL

TO:    The United States District Court
       Eastern District of Arkansas, Central Division

       The Circuit Clerk of White County, Arkansas
       300 N. Spruce Street
       Searcy, AR 72143-7719

       Ms. Alexandra C. Benton
       Blair & Stroud
       P.O. Box 2135
       Batesville, AR 72501
       870-793-8350 (PH)                    This **case assigned to District Judge** _Miller_
       870-793-3989 (FX)                    and to **Magistrate Judge** _Ervin_
       acb@blastlaw.com

       Please take notice that the captioned case filed as Case No. 73CV-2021-329 in

the Circuit Court of White County, Arkansas, Civil Division, has been hereby removed

to the United States District Court for the Eastern District of Arkansas, Central Division.

Separate Defendants named herein as Enkelkinder, LLC, Plaza Tire Service, Inc., and

Timothy M. Campbell, file this Notice of Removal and state, as grounds for removal, the

following:

       1.    This action was commenced by the filing of a Complaint in the Circuit

Court of White County, Arkansas, Civil Division, on June 11, 2021, and was assigned

Case No. 73CV-2021-329. A copy of the Complaint and Summonses, constituting all documents served upon Separate Defendants Enkelkinder, LLC, Plaza Tire Service, Inc., and Timothy M. Campbell, in connection with this cause, is attached hereto and incorporated by reference as Exhibit "A".

2.      Attached hereto and incorporated by reference as Exhibit "B" is a copy of the Answer to Plaintiff's Complaint filed by Separate Defendants Enkelkinder, LLC, Plaza Tire Service, Inc., and Timothy M. Campbell in the Circuit Court of White County, Arkansas.

3.      Attached hereto and incorporated by reference as Exhibit "C" is a copy of Plaintiff's Proof of Service on Separate Defendants Enkelkinder, LLC, and Plaza Tire Service, Inc., which evidences service and service of process on these Separate Defendants were effectuated on July 13, 2021. Exhibits "A", "B", and "C" constitute a complete copy of the White County Circuit Clerk's file in this matter.

4.      Separate Defendant Enkelkinder, LLC is a foreign corporation incorporated in and having its principal place of business in Missouri, a state other than Arkansas.

5.      Separate Defendant Plaza Tire Service, Inc. is a foreign corporation incorporated in and having its principal place of business in Missouri, a state other than Arkansas.

6.      Separate Defendant Timothy M. Campbell is an adult resident of Missouri, a state other than Arkansas.

7.      Separate Defendants Rodolfo Refugio Jose Maria and Fleetwash, Inc. have not appeared or filed a responsive pleading in the Circuit Court of White County, Case No. 73CV-2021-329 as of the filing of this Notice of Removal. Based on the allegations in Plaintiff's lawsuit, Separate Defendant Rodolfo Refugio Jose Maria is an adult resident

2

of a state other than Arkansas and believed to be a resident of Tennessee. Separate Defendant Fleetwash, Inc. is a foreign corporation incorporated in and having its principal place of business in a state other than Arkansas and believed to be a resident of New Jersey and doing business in Tennessee.

8.      Upon information and belief, Plaintiff is a citizen and resident of Memphis, Shelby County, Tennessee.

9.      Complete diversity of citizenship exists between the Plaintiff and these Defendants.   The amount in controversy exceeds the sum of $75,000, exclusive of interests and costs.

10.      This is a civil action in which Plaintiff seeks damages in excess of One Million Five Hundred Thousand Dollars ($1,500,000.00).   Accordingly, Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs, the amount required for federal diversity jurisdiction.

11.      Therefore, this action is one over which a federal district court has original jurisdiction because there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332, and this case is removable under 28 U.S.C. § 1441(a) under the procedures set forth in 28 U.S.C. § 1446.

12.      Defendants have given written notice of this removal by filing copies of this notice of removal with the Circuit Clerk of White County, Arkansas, and by mailing copies of the Notice of Removal to Plaintiff's attorney.

13.      No admission of fact, law or liability is intended by the filing of this notice, and all defenses, motions and pleas are expressing reserved.

WHEREFORE, Separate Defendants, Alltel Communications, LLC d/b/a Verizon Wireless and Verizon Wireless Services, LLC, give notice that this case has been removed

from the Circuit Court of White County, Arkansas, Civil Division, to the United States

District Court for the Eastern District of Arkansas, Central Division.

DATED this 23rd day of JULY 2021.

Respectfully submitted,

HUCKABAY LAW FIRM, PLC
Simmons Building
425 West Capitol Avenue, Suite 1575
Little Rock, Arkansas 72201
(501) 375-5600 PH/ (501) 375-5605 FX

BY

D. MICHAEL HUCKABAY #89135
KATHRYN B. KNISLEY #08169

## CERTIFICATE OF SERVICE

I, KATHRYN B. KNISLEY, hereby certify that on this 23rd day of JULY 2021, a
complete copy of the foregoing pleading was sent via email and/or facsimile to:

Ms. Alexandra C. Benton
Blair & Stroud
P.O. Box 2135
Batesville, AR 72501
870-793-8350 (PH)
870-793-3989 (FX)
acb@blastlaw.com

KATHRYN B. KNISLEY

4



## IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
## CIVIL DIVISION

**ROBERT A. DONATO,**

     **Plaintiff,**

**v.**

**ENKELKINDER, LLC, PLAZA
TIRE SERVICE, INC.,
TIMOTHY M. CAMPBELL,
RODOLFO REFUGIO JOSE MARIA, and
FLEETWASH, INC.,**

     **Defendants.**

**NO. 73CV-2021-329**

## COMPLAINT

COMES NOW the Plaintiff, ROBERT A. DONATO, and files suit against the Defendants,

PLAZA TIRE SERVICE, INC., ENKELKINDER, LLC, FLEETWASH, INC., TIMOTHY M.

CAMPBELL, and RODOLFO REFUGIO JOSE MARIA, and would state to the Court as follows:

### I. PARTIES

1.    Plaintiff ROBERT A. DONATO is an adult and resident of Memphis, Shelby County,

Tennessee.

2.    Defendant PLAZA TIRE SERVICE, INC. ("PLAZA TIRE") is a corporation registered

to do business in Missouri, with a primary business address of 2075 Cape Girardeau, Missouri

63703. Defendant PLAZA TIRE can be served with process through its registered agent for service

of process, Mark E. Rhodes, at 2075 Cape Girardeau, Missouri 63703.

**EXHIBIT
A**

3.      Defendant ENKELKINDER, LLC ("ENKELKINDER") is a corporation registered to do business in Missouri, with a primary business address of 2075 Cape Girardeau, Missouri 63702. Defendant ENKELKINDER can be served with process through its registered agent for service of process, Scott M. Rhodes, at 2075 Cape Girardeau, Missouri 63702.

4.      Defendant TIMOTHY M. CAMPBELL ("CAMPBELL") is an adult resident citizen of Missouri and may be served with process at 1305 North Street, Jackson, Missouri 63755.  Upon information and belief, Defendant CAMPBELL was an employee of PLAZA TIRE and/or ENKELKINDER at all relevant times herein.

5      Defendant FLEETWASH, INC. ("FLEETWASH") is a New Jersey corporation registered to do business in Tennessee, with a primary business address of Floor 2, 26 Law Drive, Sect E, Fairfield, NJ 07004. Defendant FLEETWASH can be served with process through its registered agent for service of process, Darrell Gibbs, 100 Spence Lane, Nashville, TN 37210.

6.      Defendant RODOLFO REFUGIO JOSE MARIA ("JOSE MARIA") is an adult resident citizen of Tennessee and can be served with process at 1005 Hickory Highlands Drive, Antioch, Tennessee 37013.

## II.  JURISDICTION AND VENUE

7.      This Court has jurisdiction and is the proper venue for this action pursuant to Arkansas Code Annotated § 16-60-112 because the vehicle crash that is the subject of this action occurred in White County, Arkansas.

8.      This is an action arising in tort and brought on behalf of Plaintiff ROBERT A. DONATO for personal injuries, lost wages, loss of earnings capacity, pain and suffering, medical expenses, loss of the enjoyment of life, and other damages which directly and proximately resulted from a vehicle crash in White County, Arkansas on or about June 15, 2018, caused by Defendants'

2

negligence.

## IV. FACTS

9.    On or about June 15, 2018, Plaintiff ROBERT A. DONATO was traveling eastbound on Highway 64, a two-lane highway, in White County, Arkansas in a 2014 White Acura MDX ("Donato vehicle").  Plaintiff ROBERT A. DONATO was riding as a passenger in the Donato vehicle, which was being driven by his wife, Heather Donato.

10.    Mrs. Donato was lawfully and carefully operating the Donato vehicle through a construction work zone and, in response to doing so, came to a complete stop in the roadway due to the construction occurring.  In the construction work zone, a worker was holding up a "stop sign" to control the flow of travel in response to the ongoing construction.

11    At the same time, and traveling on the same roadway and in the same direction, Defendant JOSE MARIA was operating a Ford F550 with Tennessee tags immediately behind the Donato vehicle on the roadway.

12    At the same time, and traveling on the same roadway and in the same direction, Defendant CAMPBELL was operating a 2016 Box Truck Freightliner with Missouri tags.

13    Defendant CAMPBELL suddenly and without warning, slammed into the rear of Defendant JOSE MARIA's Ford F550 at a high rate of speed, severely and violently striking the Ford F550 so hard that it pushed the Ford F550 forward causing it to violently collide into the rear of the Donato vehicle.

14.    At the time of impact, and before the impact, the Donato vehicle was sitting at a complete stop in the construction zone on Highway 64.

15.    After the violent impact, the Donato vehicle was forced off of the roadway and traveled down an embankment before it came to rest.  The other vehicles left the roadway as well.

3

16.    The vehicle being operated by Defendant CAMPBELL was owned by Defendant PLAZA TIRE and/or ENKELKINDER.

17.    At the time of the crash, Defendant CAMPBELL was in the scope and course of his employment with Defendant PLAZA TIRE and/or ENKELKINDER.

18.    The vehicle being operated by Defendant JOSE MARIA was owned by Defendant FLEETWASH.

19.    At the time of the crash, Defendant JOSE MARIA was in the scope and course of his employment with Defendant FLEETWASH.

## V.  CAUSES OF ACTION

20.    The allegations of Paragraph 1-19 of this Complaint are incorporated herein by reference.

21.    Defendants CAMPBELL and JOSE MARIA violated the common laws of the State of Arkansas and committed negligence in the operation of their vehicles in the following manner, to wit: Failure to devote full time and attention to the operation of their vehicles; being distracted while driving; failure to see the vehicles in front of them and avoiding hitting them; failure to maintain proper control; failure to keep a proper lookout; failure to keep their vehicles under control; failure to avoid a collision when they could have done so; failure to exercise reasonable and ordinary care under the circumstances; operating their vehicles in a willful and wanton disregard for the safety of persons and property; failure to operate their vehicles safely through a construction work zone with workers present; failure to use the degree of care that a reasonable and prudent person would have used under the same and similar circumstances and conditions; and failure to exercise due care to avoid colliding with other motor vehicles. Plaintiff further alleges that any one of or combination of

4

the above acts and omissions of common law negligence by all Defendants, directly and proximately caused the collision and Plaintiff's injuries and damages.

22.      Plaintiff further alleges that Defendant violated statutes of the State of Arkansas, which constitutes negligence per se, to wit: including, but not limited to, Arkansas Code Annotated § 27-51-104. Defendants' acts and omissions violated the statutes of the State of Arkansas and were the direct and proximate cause of the crash and the resulting injuries to Plaintiff.

23.      Defendants PLAZA TIRE and/or ENKELKINDER are liable for the damages to the Plaintiff because one or both of the entities owned the vehicle being operated by Defendant CAMPBELL and because they negligently entrusted the vehicle to Defendant CAMPBELL. In the alternative, they are liable because Defendant CAMPBELL was on or about their business acting in the scope and course of his employment with them at the time of the crash.

24.      Defendant FLEETWASH is liable for the damages to the Plaintiff because it owned the vehicle operated by Defendant JOSE MARIA and because it negligently entrusted the vehicle to Defendant JOSE MARIA. In the alternative, it is liable because Defendant JOSE MARIA was on or about its business acting in the scope and course of his employment with them at the time of the crash.

## VI.  DAMAGES

25. As a direct and proximate result of the acts and omissions of common law negligence and violations of statutes of the State of Arkansas on the part of the Defendants, the Plaintiff ROBERT A. DONATO was caused to suffer and incur the following damages, to wit:

(a) severe injuries to his right foot and other injuries to the body;

(b) great fear, fright, mental distress and shock;

(c) great physical pain and suffering, both past and future;

5

(d) great mental and emotional stress and anguish, both past and future;

(e) extensive medical treatment;

(f) large medical expenses, including a planned surgery;

(g) loss of enjoyment of life;

(h) aggravation and/or exacerbation of medical conditions;

(i) permanent disability and/or impairment;

(j) property damage;

(k) lost wages and loss of earnings capacity.

26.     Plaintiff further alleges that the aforesaid injuries have been extremely painful and will continue and cause anguish in the future.

## VII. REMEDY

27.     WHEREFORE, Plaintiff ROBERT A. DONATO sues the Defendants in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00) for actual and compensatory damages, and for such other legal and equitable relief to which he may be entitled under the circumstances.  Plaintiff reserves to adjust the *ad damnum* as necessary as additional information becomes available. Plaintiff further requests an award of pre-judgment and post-judgment interest and the costs, including all discretionary costs, incurred in bringing this action. Plaintiff demands a jury trial.

Respectfully submitted,

ROBERT A. DONATO

Plaintiff

By:    BLAIR & STROUD
        Attorneys at Law
        P.O. Box 2135
        Batesville, AR 72501
        870-793-8350
        870-793-3989 (facsimile)
        acb@blastlaw.com

Alexandra C. Benton (#2019154)

## IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
## CIVIL DIVISION

ROBERT A. DONATO,

      **Plaintiff,**

**v.**                                                **NO. 73CV-2021-329**

**ENKELKINDER, LLC, PLAZA
TIRE SERVICE, INC.,
TIMOTHY M. CAMPBELL,
RODOLFO REFUGIO JOSE MARIA, and
FLEETWASH, INC.,**

      **Defendants.**

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT: PLAZA TIRE SERVICE, INC.**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra C. Benton, Blair & Stroud, P.O. Box 2135, Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:**

                                       TAMI KING
                                       CLERK OF COURT

Address of Clerk's Office:                      *Kayla Butler*
Courthouse
300 N. Spruce Street                    [Signature of Clerk or Deputy Clerk]
Searcy, AR 72143-7719              Date: 6-11-21

[SEAL]

No. 73CV-21-____This summons is for **PLAZA TIRE SERVICE, INC.** (*name of Defendant*).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____         SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
         [signature of server]

_____
         [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
         [signature of server]

_____
         [printed name]

Address: _____

       Phone: _____

Subscribed and sworn to before me this date: _____

       Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION

ROBERT A. DONATO,

      Plaintiff,

v.                                                          NO. 73CV-2021-329

ENKELKINDER, LLC, PLAZA
TIRE SERVICE, INC.,
TIMOTHY M. CAMPBELL,
RODOLFO REFUGIO JOSE MARIA, and
FLEETWASH, INC.,

      Defendants.

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT: RODOLFO REFUGIO JOSE MARIA

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra C. Benton, Blair & Stroud, P.O. Box 2135, Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:**

Address of Clerk's Office:
Courthouse
300 N. Spruce Street
Searcy, AR 72143-7719

[SEAL]

TAMI KING
CLERK OF COURT

_Kayla Butler_
[Signature of Clerk or Deputy Clerk]

Date: _6-11-21_

No. 73CV-21-____This summons is for **RODOLFO REFUGIO JOSE MARIA** (*name of Defendant*).

### PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____       SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
     [signature of server]

_____
     [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
     [signature of server]

_____
     [printed name]

Address: _____

   Phone: _____

Subscribed and sworn to before me this date: _____

   Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

## IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
### CIVIL DIVISION

ROBERT A. DONATO,

      **Plaintiff,**

**v.**

                                        **NO. 73CV-2021-_329_**

**ENKELKINDER, LLC, PLAZA**
**TIRE SERVICE, INC.,**
**TIMOTHY M. CAMPBELL,**
**RODOLFO REFUGIO JOSE MARIA, and**
**FLEETWASH, INC.,**

      **Defendants.**

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT: FLEETWASH, INC.**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra C. Benton, Blair & Stroud, P.O. Box 2135, Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:**

 

                                        TAMI KING
                                        CLERK OF COURT

Address of Clerk's Office:                    *Kayla Butler*
Courthouse
300 N. Spruce Street                    [Signature of Clerk or Deputy Clerk]
Searcy, AR 72143-7719                Date: _6-11-21_

[SEAL]

**No. 73CV-21-____ This summons is for FLEETWASH, INC. (*name of Defendant*).**

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
       [signature of server]

_____
       [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
       [signature of server]

_____
       [printed name]

Address: _____

       Phone: _____

Subscribed and sworn to before me this date: _____

       Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

### IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
### CIVIL DIVISION

ROBERT A. DONATO,

      **Plaintiff,**

**v.**

                                              NO. 73CV-2021-_329_

**ENKELKINDER, LLC, PLAZA
TIRE SERVICE, INC.,
TIMOTHY M. CAMPBELL,
RODOLFO REFUGIO JOSE MARIA, and
FLEETWASH, INC.,**

      **Defendants.**

### SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT: ENKELKINDER, LLC

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra C. Benton, Blair & Stroud, P.O. Box 2135, Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:**

TAMI KING
CLERK OF COURT

_Kayla Butler_
[Signature of Clerk or Deputy Clerk]

Address of Clerk's Office:
Courthouse
300 N. Spruce Street
Searcy, AR 72143-7710

Date: _10-11-21_

[SEAL]

No. 73CV-21-____This summons is for **ENKELKINDER, LLC** (*name of Defendant*).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
　　　　[signature of server]


_____
　　　　[printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
　　　　[signature of server]


_____
　　　　[printed name]

Address: _____

　　　　Phone: _____

Subscribed and sworn to before me this date: _____

　　　　Notary Public _____

My Commission Expires: _____


Additional information regarding service or attempted service:

_____

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION

ROBERT A. DONATO,

     Plaintiff,

v.

ENKELKINDER, LLC, PLAZA
TIRE SERVICE, INC.,
TIMOTHY M. CAMPBELL,
RODOLFO REFUGIO JOSE MARIA, and
FLEETWASH, INC.,

     Defendants.

NO. 73CV-2021-329

## SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT: TIMOTHY M. CAMPBELL

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra C. Benton, Blair & Stroud, P.O. Box 2135, Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional Notices Included:

TAMI KING
CLERK OF COURT

*Kayla Butler*

[Signature of Clerk or Deputy Clerk]

Address of Clerk's Office:
Courthouse
300 N. Spruce Street
Searcy, AR 72143-7719

Date: 6-11-21

[SEAL]

**No. 73CV-21-____ This summons is for TIMOTHY M. CAMPBELL (*name of Defendant*).**

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

     [signature of server]

_____

     [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____

     [signature of server]

_____

     [printed name]

Address: _____

Phone: _____

Subscribed and sworn to before me this date: _____

     Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____



IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION

ROBERT A. DONATO                                                    PLAINTIFF

V.                            NO. 73CV-21-329

ENKELKINDER, LLC; PLAZA
TIRE SERVICE, INC.;
TIMOTHY M. CAMPBELL;
RODOLFO REFUGIO JOSE MARIA; and
FLEETWASH, INC.                                                    DEFENDANTS

## ANSWER TO COMPLAINT

COME NOW Defendants ENKELKINDER, LLC; PLAZA TIRE SERVICE, IN.; AND

TIMOTHY M. CAMPBELL, by and through their attorneys, Huckabay Law Firm, and for

their Answer to Plaintiffs' Complaint, states as follows:

### I. PARTIES

1.     Defendants are without sufficient knowledge or information to admit or

deny the allegations contained in paragraph 1 of Plaintiff's Complaint and, therefore,

deny same.

2.     Defendants admit that Plaza Tire Service, Inc. is a Missouri Corporation

with its principal place of business or corporate headquarters in Missouri.  Defendants

are without sufficient knowledge or information to admit or deny the remaining

allegations contained in paragraph 2 of Plaintiff's Complaint and, therefore, deny same.

3.     Defendants admit that Enkelkinder, LLC is a Missouri Corporation with

its principal place of business or corporate headquarters in Missouri.  Defendants are



without sufficient knowledge or information to admit or deny the remaining allegations contained in paragraph 3 of Plaintiff's Complaint and, therefore, deny same.

4.      Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 4 of Plaintiff's Complaint and, therefore, deny same.

5.      Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 5 of Plaintiff's Complaint and, therefore, deny same.

6.      Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 6 of Plaintiff's Complaint and, therefore, deny same.

## II.  JURISDICTION AND VENUE

7.      Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 7 of Plaintiff's Complaint and, therefore, deny same.

8.      Defendants deny all allegations contained in Paragraph 8, of Plaintiff's Complaint which are directed towards these Defendants.  Defendants are without sufficient knowledge or information to admit or deny the remaining allegations contained in Paragraph 8 of Plaintiff's Complaint and, therefore, deny same.

## IV.[sic] FACTS

9.      Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 9 of Plaintiff's Complaint and, therefore, deny same.

10.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 10 of Plaintiff's Complaint and, therefore, deny same.

11.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 11 of Plaintiff's Complaint and, therefore, deny same.

12.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 12 of Plaintiff's Complaint and, therefore, deny same.

13.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 13 of Plaintiff's Complaint and, therefore, deny same.

14.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 14 of Plaintiff's Complaint and, therefore, deny same.

15.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 15 of Plaintiff's Complaint and, therefore, deny same.

16.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 16 of Plaintiff's Complaint and, therefore, deny same.

17.     Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 17 of Plaintiff's Complaint and, therefore, deny same.

18.     Paragraph 18 of Plaintiff's Complaint contains no allegations directed towards these Separate Defendants and, therefore, requires no response; that, to the extent the allegations contained within paragraph 18 of Plaintiff's Complaint, may be deemed as being directed towards these Separate Defendants, those allegations are denied.

19.     Paragraph 19 of Plaintiff's Complaint contains no allegations directed towards these Separate Defendants and, therefore, requires no response; that, to the extent the allegations contained within paragraph 19 of Plaintiff's Complaint, may be deemed as being directed towards these Separate Defendants, those allegations are denied.

## V. CAUSES OF ACTION

20.     To the extent a response is required to paragraph 20, and to the extent not previously admitted, paragraph 20 is denied in its entirety.

21.     Defendants deny all allegations contained in Paragraph 21 of Plaintiff's Complaint which are directed towards these Defendants.   Defendants are without sufficient knowledge or information to admit or deny the remaining allegations contained in Paragraph 21 of Plaintiff's Complaint and, therefore, deny same.

22.     Defendants deny all allegations contained in Paragraph 22 of Plaintiff's Complaint which are directed towards these Defendants.   Defendants are without sufficient knowledge or information to admit or deny the remaining allegations contained in Paragraph 22 of Plaintiff's Complaint and, therefore, deny same.

23.     Defendants deny the allegations contained in paragraph 23 of Plaintiff's Complaint.

24.     Paragraph 24 of Plaintiff's Complaint contains no allegations directed towards these Separate Defendants and, therefore, requires no response; that, to the

extent the allegations contained within paragraph 24 of Plaintiff's Complaint, may be deemed as being directed towards these Separate Defendants, those allegations are denied

## VI. DAMAGES

25.    Defendants deny the allegations contained in paragraph 25, including subparts (a), (b), (c), (d), (e), (f), (g), (h), (i), (j), and (k) of Plaintiff's Complaint.

26.    Defendants are without sufficient knowledge or information to admit or deny the allegations contained in paragraph 26 of Plaintiff's Complaint and, therefore, deny same.

## VII. REMEDY

27.    Defendants affirmatively deny all allegations, including those for entitlement to relief, contained in Plaintiff's "WHEREFORE" clause.

28.    Defendants generally and specifically denies all allegations not specifically admitted herein.

29.    Defendants affirmatively plead insufficiency of process and insufficiency of service of process on Defendant named herein as ENKELKINDER, LLC and on that basis and pursuant to Arkansas Rules of Civil Procedure 12(b)(4) and 12(b)(5) Plaintiff's Complaint should be dismissed.

30.    Defendants affirmatively plead insufficiency of process and insufficiency of service of process on Defendant named herein as PLAZA TIRE SERVICE, INC. and on that basis and pursuant to Arkansas Rules of Civil Procedure 12(b)(4) and 12(b)(5) Plaintiff's Complaint should be dismissed.

31.    Defendants affirmatively plead insufficiency of process and insufficiency of service of process on Defendant named herein as TIMOTHY M. CAMPBELL and on

that basis and pursuant to Arkansas Rules of Civil Procedure 12(b)(4) and 12(b)(5) Plaintiff's Complaint should be dismissed.

32.    While continuing to deny negligence and pleading in the alternative, Defendants affirmatively plead a proration of fault and several liability pursuant to Ark. Code Ann. § 16-55-201, *et seq.* and the applicability of the Uniform Contribution Among Tortfeasors Act, Ark. Code Ann. §16-61-201 *et seq.*, as amended by Act 1116 of 2013.

33.    While continuing to deny negligence and pleading in the alternative, Defendants affirmatively plead the Civil Justice Reform Act of 2003 and all provisions thereof as they relate to joint liability, several liability, limitations of compensatory damages, and any limitations of punitive damages.

34.    While continuing to deny negligence and pleading in the alternative, Defendants affirmatively plead entitlement to contribution, credit for settlement, indemnity, setoff or apportionment of fault against any (future) Co-Defendants and/or any applicable non-parties.

35.    While continuing to deny negligence and pleading in the alternative, Defendants affirmatively plead entitlement to a jury instruction or interrogatory assigning fault to any (future) Co-Defendants, Non-Parties or (future) Third Party Defendants, as well as indemnity, contribution, credit for settlement, setoff and/or apportionment of fault against the applicable parties.

36.    Defendants reserve the right to plead further and reserve objections on the basis of (1) lack of jurisdiction over the subject matter, (2) lack of jurisdiction over the person, (3) improper venue, (4) failure to state facts upon which relief can be granted, and (5) failure to join a party under Rule 19, if any.

37.    Because of insufficient information or knowledge regarding the allegations contained in Plaintiff's Complaint at this time and due to pending investigation and

discovery, Defendants reserve the right to accomplish discovery and plead further and specifically reserve all objections and affirmative defenses available under Ark. R. Civ. P. 8(c) as may be applicable to the facts pled in the Complaint or developed during the course of the litigation.

38.    Defendants affirmatively plead Plaintiff's failure to mitigate damages.

WHEREFORE, premises considered, Defendants ENKELKINDER, LLC; PLAZA TIRE SERVICE, IN.; AND TIMOTHY M. CAMPBELL pray that Plaintiff's Complaint be dismissed with prejudice and for all other relief to which they are entitled.

Respectfully submitted,

HUCKABAY LAW FIRM, PLC
Simmons Building
425 West Capitol Avenue, Suite 1575
Little Rock, Arkansas 72201
(501) 375-5600 PH/ (501) 375-5605 FX

BY _____

D. MICHAEL HUCKABAY #89135
KATHRYN B. KNISLEY #08169

**DEMANDS TRIAL BY JURY**

## CERTIFICATE OF SERVICE

I, Kathryn B. Knisley, hereby certify that a true and correct copy of the above and foregoing pleading has been served on the parties listed below on this 16th day of July 2021, via arkefiling@arkansas.gov and/or was sent to the following individual(s) via electronic mail and/or facsimile:

Alexandra C. Benton
Blair & Stroud
500 East Main Street, Suite 201
Batesville, Arkansas 72501
Facsimile (870) 793-3989
acb@blastlaw.com

_____

KATHRYN B. KNISLEY

7

## IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
## CIVIL DIVISION

ROBERT A. DONATO,

     Plaintiff,

v.                                  NO, 73CV-2021-329

ENKELKINDER, LLC, PLAZA
TIRE SERVICE, INC.,
TIMOTHY M. CAMPBELL,
RODOLFO REFUGIO JOSE MARIA, and
FLEETWASH, INC.,

     Defendants.

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT: ENKELKINDER, LLC

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra C. Benton, Blair & Stroud, P.O. Box 2135, Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<u>Additional Notices Included:</u>

                                   TAMI KING
                                   CLERK OF COURT

Address of Clerk's Office:
Courthouse                        *Kayla Butler*
300 N. Spruce Street          [Signature of Clerk or Deputy Clerk]
Searcy, AR 72143-7719

                                   Date: 10-11-21

[SEAL]

**EXHIBIT**
**C**

No. 73CV-21-329 This summons is for ENKELKINDER, LLC *(name of Defendant)*.

## PROOF OF SERVICE

☒ On __7-13-2021__ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or 2075 Corporate Circle  Cape Girardeau, Mo. 63703

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

FILED
JUL 16 2021
TAMI KING
WHITE CO.
CIRCUIT CLERK

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

    [signature of server]

_____

    [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 7-13-2021

By: _____

    [signature of server]

       Scott Brown / SB Serve, LLC

    [printed name]

Address: _____ PO Box 698 Jackson, Mo. 63755 _____

Phone: _____ 573-450-8787 _____

Subscribed and sworn to before me this date: 7 14 21

Notary Public _____

My Commission Expires: 9-19-21

KATRINA MICHELLE STEPHENS
Notary Public, Notary Seal
State of Missouri
Scott County
Commission # 17431086
My Commission Expires 09-19-2021

Additional information regarding service or attempted service:

_____

## IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
## CIVIL DIVISION

ROBERT A. DONATO,

    Plaintiff,

v.

                                 NO. 73CV-2021-329

ENKELKINDER, LLC, PLAZA
TIRE SERVICE, INC.,
TIMOTHY M. CAMPBELL,
RODOLFO REFUGIO JOSE MARIA, and
FLEETWASH, INC.,

    Defendants.

### SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT: PLAZA TIRE SERVICE, INC.

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra C. Benton, Blair & Stroud, P.O. Box 2135, Batesville, AR 72503

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional Notices Included:

                                  TAMI KING
                                CLERK OF COURT

Address of Clerk's Office:          *Kayla Butler*
Courthouse                      [Signature of Clerk or Deputy Clerk]
300 N. Spruce Street
Searcy, AR 72143-7719         Date:  10-11-21

[SEAL]

No. 73CV-21-32 This summons is for PLAZA TIRE SERVICE, INC. *(name of Defendant)*.

## PROOF OF SERVICE

☒ On ___7-13-2021___ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or 2075 Corporate Circle  Cape Girardeau, Mo. 63702

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____

To be completed if service is by a sheriff or deputy sheriff:

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[signature of server]

_____

[printed name, title, and badge number]

To be completed if service is by a person other than a sheriff or deputy sheriff:

Date: 7-13-2021

By: _____

[signature of server]

_____
Scott Brown / SB Serve, LLC

[printed name]

Address: PO Box 698 Jackson, Mo. 63755

Phone: 573-450-8787

Subscribed and sworn to before me this date: 3-16-21

Notary Public _____

My Commission Expires: 9-19-21

KATRINA MICHELLE STEPHENS
Notary Public, Notary Seal
State of Missouri
Scott County
Commission # 17431086
My Commission Expires 09-19-2021

Additional information regarding service or attempted service:

_____