IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT A DONATO**                                                                   **PLAINTIFF**

v.                                    **CASE NO. 4:21-CV-00657-BSM**

**ENKELKINDER LLC,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE